Núm. 1200.—BAETJER, ET ALS., peticionarios, *v.* CORTE, dmdada. Abril 26, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Visto el recurso de *certiorari* interpuesto en el caso de epígrafe.

Por las razones expuestas en la opinión emitida en el recurso núm. 1199, entre las mismas partes y sobre las mismas cuestiones legales, resuelto en esta misma fecha (ante, pág. 596), se anula el auto expedido y se devuelve el caso y el récord original del mismo a la Corte de Distrito de San Juan para que ésta proceda a considerar y resolver el recurso de apelación ante ella pendiente.

En los siguientes casos, a propuesta de sus distintos Jueces, se declaró no haber lugar a la solicitud:

Núms. 1202, 1204 1206, 1212, 1213, 1214 y 1215.

*Hábeas Corpus:* Núm. 125.
*Mandamus:* Núm. 341.